AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| MATTHEW BERGER, and PATRICK SCHIEFFER | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No. 2:24-cv-04240-PA-RAO |
| COLUMBIA DEBT RECOVERY, LLC | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Columbia Debt Recovery, LLC, 906 SE Everett Mall Way, Suite 301, Everett, WA 98208

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  ALEXANDER B. TRUEBLOOD
TRUEBLOOD LAW FIRM
10940 Wilshire Blvd., Ste 1600
Los Angeles, CA 90024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: May 30, 2024         *Signature of Clerk or Deputy Clerk*