JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BERGER, et al., | CV 24-4240 PA (RAOx) |
| Plaintiff(s), | JUDGMENT OF DISMISSAL |
| v. | |
| COLUMBIA DEBT RECOVERY, LLC, | |
| Defendant. | |

Pursuant to the Court's April 28, 2025 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Orders,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: April 28, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE